# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

**************************************************

UNITED STATES OF AMERICA,

            **Plaintiff,**

v.

ONE 2002 HARLEY DAVIDSON
SPORTSTER XL 1200 MOTORCYCLE,
BEARING VEHICLE IDENTIFICATION
NUMBER 1HD1CGP172K160899,

            **Defendant.**

**JUDGMENT IN A CIVIL CASE**

Civil Action No.
3: 04-CV-1372(TJM/DEP)

**************************************************

     **WHEREAS,** by virtue of the Stipulated Settlement Agreement and Order, which was filed with the United States District Court Clerk's Office for the Northern District of New York on or about April 13, 2005, it is hereby

     **ORDERED, ADJUDGED AND DECREED** that the 2002 Harley Davidson Sportster XL Motorcycle, bearing vehicle identification number above captioned, shall be returned to the Ingersoll Rand Federal Credit Union under certain terms and conditions which are set forth more fully in the April 13, 2005 Stipulated Settlement Agreement and Order.

Date: 10/21/05

LAWRENCE K. BAERMAN
**LAWRENCE K. BAERMAN**
Clerk

_/s/ A. Potter_
**(By) Deputy Clerk**